IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE L. FOSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 323-063 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS and STATE OF GEORGIA, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

The above-captioned petition for a writ of habeas corpus challenges a judgment of conviction entered in the Superior Court of DeKalb County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration and **DIRECTS** the Clerk to immediately forward the file to that District.

Petitioner should be aware that future filings in this case, including the response to the August 3, 2023 deficiency notice, should be made with the Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

SO ORDERED this 4th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA